IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, NC

OCT 11 2023

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| In the matter of the complaint and arrest warrant for<br>EVAN WILLIAM BLANKENSHIP | Case No. 1:23-mj-54-WCM<br><br>**Filed Under Seal** |

## ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that the Affidavit, Complaint, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.

10/11/2023

_____
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE